```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAI`I
```

| | |
|---|---|
| DONNA GARCIA, individually and as guardian <u>ad litem</u> for her minor children, J.L. and G.L.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF HONOLULU; RONALD J. LOMBARDI, LANELL ARAKAWA; NATHAN HEE; PAUL LEE; and JOHN and/or JANE DOES 1-10,<br><br>　　　　Defendants. | Civ. No. 18-00100 ACK-KJM |

### <u>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY DEFENDANTS' MOTION FOR ATTORNEYS' FEES</u>

Findings and Recommendation having been filed and served on all parties on February 27, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND AJUDGED that, pursuant to Title 28 U.S.C. 636(b)(1)(C) and Local rule 74.2, the "Findings and Recommendation to Deny Defendants' Motion for Attorneys' Fees" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, March 18, 2019.



　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　Alan C. Kay
　　　　　　　　　　　　　　　　Sr. United States District Judge

<u>Garcia v. City and County of Honolulu, et al.</u>, Civ. No. 18-00100 ACK-KJM, Order Adopting Magistrate Judge's Findings and Recommendation.

1